

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TJS:DSM
F.#2004R00961

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

September 7, 2005

**By U.S. Mail**

Joseph R. Corozzo, Esq.
Rubinstein & Corozzo, LLP
260 Madison Avenue
New York, New York 10016

Barry M. Fallick, Esq.
Rochman, Platzer, Fallick & Sternheim
666 Third Avenue
New York, New York 10017

Salvatore E. Strazzullo, Esq.
7101 18th Avenue
Brooklyn, New York 11204

        Re:  United States v. Theodore Persico, Jr., et al.
             <u>Criminal Docket No. 05-351 (S-1)(CBA)</u>

Dear Counsel:

      Enclosed please find the following additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure: two compact disc containing recorded conversations related to the witness tampering charges against defendant Theodore Persico, Jr.  The discs enclosed are marked CD 000011

and CD 000012.  If you have any questions, please feel free to contact me.

            Very truly yours,

            ROSLYNN R. MAUSKOPF
            United States Attorney

      By: _____
            Deborah Sue Mayer
            Assistant U.S. Attorney
            (718)254-6241

Enclosures

cc:  Clerk of the Court (CBA)
   (without enclosures)